# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:   ROGER A. DALGLEISH & JACQUELINE S. DALGLEISH                   Case Number: 08-71136
         755 LAUREL LANE                          SSN-xxx-xx-6122 & xxx-xx-2281
         CARY, IL  60013

|  |  |
|---|---|
| Case filed on: | 4/15/2008 |
| Plan Confirmed on: | 8/8/2008 |

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $1,936.00                   Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BOHLMAN LAW OFFICES, P.C. | 3,500.00 | 3,500.00 | 1,797.74 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 1,797.74 | 0.00 |
|  |  |  |  |  |  |
| 999 | ROGER A. DALGLEISH | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 001 | NATIONAL CITY MORTGAGE | 26,876.29 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 26,876.29 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 002 | ADVOCATE LUTHRAN GENERAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | AMERICAN EXPRESS CENTURION BANK | 7,271.97 | 7,271.97 | 0.00 | 0.00 |
| 004 | AMERICAN EXPRESS TRAVEL RELATED SERVICES | 354.37 | 354.37 | 0.00 | 0.00 |
| 005 | LVNV FUNDING LLC | 8,305.67 | 8,305.67 | 0.00 | 0.00 |
| 006 | ER SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | MACYS RETAIL HOLDINGS INC | 659.13 | 659.13 | 0.00 | 0.00 |
| 008 | PHARIA LLC | 5,097.35 | 5,097.35 | 0.00 | 0.00 |
| 009 | VERIZON WIRELESS | 267.51 | 267.51 | 0.00 | 0.00 |
| 010 | WEST ASSET MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ROUNDUP FUNDING LLC | 461.53 | 461.53 | 0.00 | 0.00 |
|  | Total Unsecured | 22,417.53 | 22,417.53 | 0.00 | 0.00 |
|  |  |  |  |  |  |
|  | Grand Total: | 52,793.82 | 25,917.53 | 1,797.74 | 0.00 |

| | |
|---|---|
| Total Paid Claimant: | $1,797.74 |
| Trustee Allowance: | $138.26 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/26/2009                    By  /s/Heather M. Fagan